CHARLES ROGOFF, Appellant, *v.* NEAL VANDERBILT SONS' CORPORATION et al., Respondents.

Argued January 13, 1943; decided March 11, 1943.

*Irving Ginsberg* for appellant.

*C. Elmer Spedick* and *Arthur L. Reuter* for respondents.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. Dissenting: RIPPEY, J.